FILED

09/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0031

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0031

---

IN THE MATTER OF THE ESTATE OF:

IAN RAY ELLIOT,                                        O R D E R

Deceased.

---

Appellants have filed a motion for a 30-day extension of time to file their reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellants have until October 6, 2023, to file their reply brief.

No further extensions will be granted.

DATED this 8th day of September, 2023.

For the Court,

By _____
Chief Justice